632

February 25, 1983.

456 A.2d 1101

Calkins, Appellant v. Vermillion, Esq., etc.

Argued December 9, 1981. Blythe H. Evans, Jr., for appellant; John M. Morganelli, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.

McEWEN, J., filed a memorandum dissenting opinion.

456 A.2d 1102

Commonwealth v. Crump, Appellant.
Petition for Allowance of Appeal
Denied June 15, 1983.

Submitted November 15, 1982. Michael A. DeFino, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.